ACCEPTED
15-24-00077-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/13/2025 3:43 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
1/13/2025 3:43:57 PM
CHRISTOPHER A. PRINE
Clerk



# KEN PAXTON
### ATTORNEY GENERAL OF TEXAS

CORY A. SCANLON
Assistant Solicitor General

(512) 936-1700
Cory.Scanlon@oag.texas.gov

January 13, 2025

**Via Electronic Filing**

Mr. Christopher A. Prine
Fifteenth Court of Appeals
William P. Clements Building
300 W. 15th Street, Suite 607
Austin, TX 78701

Dear Mr. Prine:

Please be advised that the undersigned, Cory A. Scanlon, will present argument for Appellant in *State of Texas v. City of Austin*, No. 15-24-00077-CV

Respectfully submitted.

/s/ Cory A. Scanlon

Cory A. Scanlon
Assistant Solicitor General
State Bar No. 24104599

Counsel for Appellant

cc: All counsel of record (via electronic filing)

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nancy Villarreal on behalf of Cory Scanlon
Bar No. 24104599
nancy.villarreal@oag.texas.gov
Envelope ID: 96157960
Filing Code Description: Letter
Filing Description: 2024 0113  Letter Austin
Status as of 1/13/2025 4:45 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Briana Nicholson | | briana.nicholson@austintexas.gov | 1/13/2025 3:43:57 PM | SENT |
| Anne Morgan | 14432400 | morgananne62@aol.com | 1/13/2025 3:43:57 PM | SENT |
| Meghan Riley | 24049373 | meghan.riley@austintexas.gov | 1/13/2025 3:43:57 PM | SENT |
| Sara Schaefer | 24086598 | sara.schaefer@austintexas.gov | 1/13/2025 3:43:57 PM | SENT |
| Brandon Mickle | 24123140 | Brandon.mickle@austintexas.gov | 1/13/2025 3:43:57 PM | SENT |
| Hannah Vahl | | hannah.vahl@austintexas.gov | 1/13/2025 3:43:57 PM | SENT |
| Jessica Martinez | | jessica.martinez4@austintexas.gov | 1/13/2025 3:43:57 PM | SENT |

Associated Case Party: The State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Nancy Villarreal | | nancy.villarreal@oag.texas.gov | 1/13/2025 3:43:57 PM | SENT |
| Cory Scanlon | | cory.scanlon@oag.texas.gov | 1/13/2025 3:43:57 PM | SENT |